UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| LEITIA PATTON,                         )<br>          Plaintiff,                         )<br>                                                    )<br>-v-                                               )<br>                                                    )<br>HZ JDB, INC. and HZ CNAC, INC.,  )<br>          Defendants.                    )<br>_____ ) | No. 1:15-cv-21<br><br>HONORABLE PAUL L. MALONEY |

## **JUDGMENT**

Having granted Defendants' motion to compel arbitration, there are no pending claims in this lawsuit. Therefore, as required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** enters.

**THIS LAWSUIT IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  February 4, 2016                                       /s/ Paul L. Maloney
                                                                           Paul L. Maloney
                                                                           United States District Judge